**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sergei Pozdniakov,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

**NO. CV-26-07596-PHX-JZB**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed October 23, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted. Judgment is entered in favor of Petitioner, and this action is hereby closed.

Daniel R. McAllister
District Court Executive/Clerk of Court

October 23, 2026

By s/ E. Aragon
Deputy Clerk